IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - CAMDEN

| | |
|---|---|
| PAMELA WHITE, as Administratrix *ad Prosequendum* of the ESTATE of PHILLIP GEORGE WHITE, Deceased; IYONNA HANNAH; and T.H., a minor, by and through his guardian, TAMYRA DOWNING,<br>     Plaintiffs,<br>v.<br><br>CITY OF VINELAND;<br>VINELAND POLICE CHIEF TIMOTHY CODISPOTI;<br>LOUIS PLATANIA;<br>RICHARD JANASIAK; and,<br>JOHN DOES 1 through 10, individually and/or in their official capacities,<br>     Jointly, Severally, and/or in the alternative,<br>     Defendants | Civil Action<br>16-cv-8308 (NLH/KMW) |

---

**EXHIBITS IN SUPPORT OF MOTION FOR BIFURCATION**

On behalf of the Defendant,
the City of Vineland,

---

Todd J. Gelfand, Esquire
Attorney ID - TG-3528
**BARKER, GELFAND & JAMES**
A Professional Corporation
Linwood Greene - Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
TGelfand@BarkerLawFirm.net

**EXHIBIT LIST**

Exhibit A
City of Vineland documents numerically identified 002056 and 002059

Exhibit B
White autopsy report and supplemental report

Exhibit C
Witness statements

Exhibit D
White criminal record

Exhibit E
Guerrido-Lopez v. City of Allentown, 2016 U.S. Dist. LEXIS 40021 (E.D. Pa. Mar. 28, 2016)

Exhibit F
Deluccia v. City of Paterson, 2012 U.S. Dist. LEXIS 35855 (D.N.J. Mar. 15, 2012)

Exhibit G
Vives v. New York, 2003 U.S. Dist. LEXIS 1833 (S.D.N.Y.).

Exhibit H
Carson v. Syracuse, 1993 U.S. Dist. LEXIS 9508 (S.D.N.Y.).

Exhibit I
Ackerman v. Allen, 2017 U.S. Dist. LEXIS 64102 (N.D. Ill. Apr. 27, 2017).

Exhibit J
Asbury v. Connelly, 53 Fed. Appx. 655 (3d. Cir. 2002).

Exhibit K
Colon v. City of Newark, 2006 N.J. Super. Unpub. LEXIS 1094 (App. Div. 2006).

Exhibit L
Groark v. Timek, 2014 U.S. Dist. LEXIS 97551 (D.N.J. July 17, 2014).

Exhibit List for Brief in Support of Motion for Bifurcation
On behalf of the Defendant, the City of Vineland
Page 1 of 3

BARKER, GELFAND & JAMES • A PROFESSIONAL CORPORATION • LINWOOD, NEW JERSEY 08221

Exhibit M
Brief in support of appeal of Order to produce Internal Affairs files (from the Costantino case)

Exhibit N
Dawson v. Ocean Township, 2011 U.S. Dist. LEXIS 25545 (D.N.J. Mar. 14, 2011).

Exhibit O
Transcript of Atlantic City's statistician's testimony (from the Costantino case)

Exhibit P
Atlantic City's statistician's report (from the Costantino case)

Exhibit Q
Excerpt from Plaintiff's statistician's report (from the Costantino case)

Exhibit R
Judge Kugler's order affirming Judge Schneider's ruling (from the Costantino case)

Exhibit S
Transcript of November 12, 2015 hearing (from the Costantino case)

Exhibit T
Worrall v. City of Atlantic City, 2013 U.S. Dist. LEXIS 118384 (D.N.J. August 20, 2013).

Exhibit U
Troso v. City of Atlantic City, 2013 U.S. Dist. LEXIS 163420 (D.N.J. November 15, 2013).

Exhibit V
Cordial v. Atlantic City, 2014 U.S. Dist. LEXIS 37630 (D.N.J. March 19, 2014).

Exhibit W
Alli Katt v. New York City Police Department, 1997 U.S. Dist. LEXIS 10014 (S.D.N.Y. 1997).

Exhibit List for Brief in Support of Motion for Bifurcation    Page 2 of 3
On behalf of the Defendant, the City of Vineland

BARKER, GELFAND & JAMES • A PROFESSIONAL CORPORATION • LINWOOD, NEW JERSEY 08221

Exhibit X
<u>Zanes v. City of Atlantic City</u>, 2016 N.J. Super. Unpub. LEXIS 608 (App. Div. March 21, 2016)

Exhibit Y
Attorney General Internal Affairs Guidelines relevant provisions

Exhibit Z
<u>Padilla v. Rutgers</u>, 2015 N.J. Super. Unpub. LEXIS 2101 (App. Div. August 31, 2015).

Exhibit List for Brief in Support of Motion for Bifurcation                    Page 3 of 3
On behalf of the Defendant, the City of Vineland

BARKER, GELFAND & JAMES • A PROFESSIONAL CORPORATION • LINWOOD, NEW JERSEY 08221