## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**PAMELA WHITE, as Administratrix *Ad Prosequendum* of the Estate of Phillip George White,**

   *Plaintiff,*

   v.

**CITY OF VINELAND et al.,**

   *Defendants.*

**Case No. 1:16-cv-08308-JDW-AMD**

# VERDICT SHEET

## I.    SECTION 1983 CLAIM – UNLAWFUL SEIZURE

<u>Question 1</u>:  Do you find that the Plaintiff Pamela White has proven, by a preponderance of the evidence, that Defendant Louis Platania violated Phillip White's rights under the Fourth Amendment by stopping or arresting Mr. White?

YES _____        NO  X

**Proceed to Section II (next page)**

## II.     SECTION 1983 CLAIM – EXCESSIVE FORCE

Question 2:   Do you find that the Plaintiff Pamela White has proven, by a preponderance of the evidence, that Defendant Louis Platania violated Phillip White's rights under the Fourth Amendment not to be subjected to excessive force?

YES  _____        NO  ✗

**If your answer to Question 2 is YES, then answer Question 3. If your answer Questions 2 is NO, then proceed to Section III.**

Question 3: Do you find that Plaintiff Pamela White has proven, by a preponderance of the evidence, that Defendant Louis Platania's violation of Mr. White's constitutional rights caused injury to Mr. White?

YES  _____        NO  _____

**Proceed to Section III (next page)**

## III. SECTION 1983 CLAIM – FAILURE TO INTERVENE

Question 4: Do you find that the Plaintiff Pamela White has proven, by a preponderance of the evidence, that Richard Janasiak violated Phillip White's rights under the Fourth Amendment?

YES _____     NO  ☒

**If your answer to Question 4 is YES, then answer Question 5.**

Question 5: Do you find that the Plaintiff Pamela White has proven, by a preponderance of the evidence, that Defendant Louis Platania failed to intervene in Richard Janasiak's violation of Mr. White's rights, despite having a reasonable opportunity to intervene?

YES _____     NO _____

**If you have answered "YES" to Question Nos. 1, 3, or 5 proceed to Section IV (next page). If your answer to Question Nos. 1, 2 or 3, and 4 or 5 are "NO," your deliberations are complete. Please have the foreperson sign and date the verdict sheet and return to the courtroom.**

## IV.   **COMPENSATORY DAMAGES**

<u>Question 6</u>: What amount of money do you find would fairly and adequately compensate the Estate of Philip White as compensatory damages for Officer Platania's violations?  (If your answer is $0, then your answer to this question should be $1.00 as nominal damages.)


$ _____


**Proceed to Section V (next page)**

4

## V.    PUNITIVE DAMAGES

Question 7A: Do you find by a preponderance of the evidence that Defendant Louis Platania acted maliciously or wantonly in violating Mr. White's rights?

YES _____          NO __X__

**If your answer to Question 7A is YES, then answer Question 7B. If your answer Question 7A is NO, then proceed to the final instruction.**

Question 7B:  What amount of punitive damages, if any, do you award?

$ _____

**You have completed your deliberations. The foreperson shall sign the verdict sheet and notify the Court.**

_10.19.2022_

Foreperson                              Date

5