IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PAMELA WHITE, as Administratrix** *Ad Prosequendum of the Estate Of Phillip George White,*<br><br>*Plaintiff,*<br><br>v.<br><br>**CITY OF VINELAND et al.,**<br><br>*Defendants.* | **Case No. 1:16-cv-08308-JDW-AMD** |

## CIVIL JUDGMENT

**AND NOW**, this 24th day of October 2022, in accordance with the verdict of the jury rendered on October 19, 2022, it is **ORDERED** that **JUDGMENT** is entered in favor of Defendants City of Vineland, Timothy Codispoti, Louis Platania, Richard Janasiak, and against Plaintiff Pamela White as Administratrix *Ad Prosequendum* of the Estate of Phillip George White.  The Clerk of Court shall mark this matter **CLOSED** for all purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.