UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-3204
_____

PAMELA WHITE, as Administratrix ad prosequendum of the ESTATE of PHILLIP WHITE, Deceased; IYONNA HANNAH; TAMYRA DOWNING, GAURDIAN FOR T.H., A MINOR

v.

CITY OF VINELAND; VINELAND POLICE CHIEF TIMOTHY CODISPOTI, in his individual capacity; LOUIS PLATANIA; RICHARD JANASIAK; JOHN DOES 1 through 10, individually and/or in their official capacities, jointly, severally, and/or in the alternative

Pamela White, as Administratrix Ad Prosequendum of the
Estate of Phillip White,
        Appellant

_____

On Appeal from the United States District Court
for the District Of New Jersey
(D.C. Civil No. 1-16-cv-08308)
District Judge: Honorable Joshua D. Wolson

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
May 9, 2024

Before: MATEY, MONTGOMERY-REEVES, and ROTH, *Circuit Judges*.

_____

JUDGMENT
_____

 This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on May 9, 2024.

2

      On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered on October 24, 2022, is hereby AFFIRMED. Costs shall be taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

                                     ATTEST:

                                     s/ Patricia S. Dodszuweit
                                     Clerk

Dated: November 7, 2024